■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SANDERS, Appellant. [54 NYS3d 594]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (W. Miller, J.), imposed March 18, 2016, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]; *People v Duchatellier*, 138 AD3d 887 [2016]). Eng, P.J., Dillon, Sgroi, Maltese and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN SANTIAGO, Appellant. [54 NYS3d 599]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed September 8, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Brown*, 122 AD3d 133, 137 [2014]; *People v Johnson*, 109 AD3d 1004 [2013]) and, thus, the waiver does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, LaSalle, Connolly and Brathwaite Nelson, JJ., concur.